510 A.2d 1273

Dr. Alan Kushner, Appellant *v.* Zoning Hearing Board of Lower Merion Township and Township of Lower Merion and C. George Milner, et al., Appellees.

Argued April 11, 1986, before Judges BARRY and COLINS, and Senior Judge BLATT, sitting as a panel of three.

*Fred B. Fromhold, Haws & Burke,* for appellant.

*Robert S. Ryan, Drinker, Biddle & Reath,* with him, *Gilbert P. High, Jr., High, Swartz, Roberts & Seidel,* for appellees.

OPINION BY JUDGE BARRY, June 16, 1986:

Dr. Alan Kushner, the appellant, appeals an order of the Court of Common Pleas of Montgomery County,

which affirmed the decision of the Zoning Hearing Board of Lower Merion Township, which had denied appellant's application for a special exception and/or variance. The Board also rejected appellant's constitutional challenge to the applicable section of the Township's Zoning Ordinance.

Appellant presents to this Court the same arguments that he presented to the common pleas court. As those questions were ably disposed of in the opinion of the Honorable ANITA BRODY, we will affirm on the basis of the discussion contained therein. *Kushner v. Zoning Hearing Board of Lower Merion Township,* 39 Pa. D. & C. 3d 271 (1985).

## ORDER

NOW, June 16, 1986, the May 25, 1985 order of the Court of Common Pleas of Montgomery County, at No. 84-11390, is affirmed.